IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHURCH OF THE UNIVERSAL BROTHERHOOD, CONFLUENT BRANCH NO. 33478, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-67 Erie ) |
| FARMINGTON TOWNSHIP SUPERVISORS, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on March 17, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 27], filed on November 21, 2006, recommended that the motion to dismiss filed by Defendant Judge Millin [Doc. No. 19] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiffs by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 11th day of December, 2006;

IT IS HEREBY ORDERED that the Defendant Judge Millin's motion to dismiss [Doc. No. 19] is GRANTED.

The Report and Recommendation [Doc. No. 27] of Magistrate Judge Baxter, filed on November 21, 2006, is adopted as the opinion of the Court.

            s/ Sean J. McLaughlin
              United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge