**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHURCH OF THE UNIVERSAL BROTHERHOOD, CONFLUENT BRANCH NO. 33478, et al., )<br><br>        Plaintiffs, )<br><br>   v. )<br><br>FARMINGTON TOWNSHIP SUPERVISORS, et al., )<br><br>        Defendants. ) | Civil Action No. 06-67 Erie |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on March 17, 2006, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 47], filed on August 29, 2007, recommended that the motion to dismiss filed by Defendant Kopko [Doc. No. 32] be granted and that the motion to dismiss filed by the Township Defendants [Doc. No. 35] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiffs by certified mail and on Defendants. Objections were filed by Plaintiffs on September 10, 2007 [Doc. No. 48]. After de novo review of the motion and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 11th day of September, 2007;

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Kopko [Doc. No. 32] is GRANTED and the motion to dismiss filed by the Township Defendants [Doc. No. 35] is GRANTED.

The Report and Recommendation [Doc. No. 47] of Magistrate Judge Baxter, filed on August 29, 2007, is adopted as the opinion of the Court.

                                    s/ Sean J. McLaughlin
                                    United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge